IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 2 6 2008
J.T. NOBLIN, CLERK
BY_____ DEPUTY

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                         PLAINTIFFS
and LISA PETTIS

vs.                                     CIVIL ACTION NO. 1:08cv268 HSO-JMR

ROYER HOMES OF MISSISSIPPI, INC.                                DEFENDANTS

## COMPLAINT TO RENEW JUDGMENT

COMES NOW, Plaintiff, LISA PETTIS, by and through her attorney of record, William Kulick, Kulick Law Firm, PLLC, and files this her Complaint to Renew Judgment against the Defendants, Royer Homes of Mississippi, Inc., and as grounds for such would respectfully state and show unto this Honorable Court as follows, to-wit:

1. On or about the 21st day of September, 1999 the Equal Employment Opportunity Commission filed a Complaint against the Defendant, Royer Homes of Mississippi, Inc., for sexual discrimination in the workplace, and other charges on behalf of Lisa Pettis. On or about August 25, 2000, Plaintiff Lisa Pettis filed her Complaint in Intervention against the Defendant, Royer Homes of Mississippi, Inc., for sexual discrimination in the workplace, and other charges as well as for retaliation for her having reported same to the Equal Opportunity Employment Commission. A copy of said Complaints are attached hereto as Exhibits "A" and "B" respectively, and made a part hereof as though copied herein in full words and figures.

2. On June 27, 2001 (Filed June 28, 2001) Hon. Walter J. Gex, District Court Judge issued a Judgment in favor of Lisa Pettis in the amount of $75,000 to carry interest from said

date for which execution may issue. (Exhibit "C") An Abstract of said Judgment is also attached hereto. (Exhibit "D").

3.  Plaintiff's counsel was awarded attorney fees in the amount of $20,929.03 for successfully prosecuting Plaintiff's Title VII matter. That judgment will not become stale until January 17, 2009. Attached as Exhibit "E" is a copy of said Judgment and Abstract as Exhibit "F".

4.  Plaintiff's counsel was also awarded attorney fees in the amount of $10,248.25 for successfully defending an appeal in this matter. Said Judgment will not become stale until July 15, 2010. Attached as Exhibit "G" is a copy of said Judgment and Abstract as Exhibit "H".

6.  Plaintiff would show that the Judgment in favor of Pettis (Exhibit "C") is nearly seven (7) years old and, pursuant to Section 15-1-43 of the Mississippi Code 1972, and applicable federal law, Plaintiff files this Complaint to Renew Judgment and requests that, upon proper service on the Defendant, that this Court will enter a new Judgment in compensatory damages in the amount of $75,000.00, as well as interest at the rate of 8 % per annum from June 28, 2001 until the date of the entry of the renewed Judgment requested herein, post-judgment interest and reasonable attorney's fees and costs incurred as a result of the filing of this action.

7.  Plaintiff would show that the Judgment in favor of Pettis' for her attorney's trial work (Exhibit "E") is nearly seven (7) years old and, pursuant to Section 15-1-43 of the Mississippi Code 1972, and applicable federal law, Plaintiff files this Complaint to also renew the trial work Judgment and requests that, upon proper service on the Defendant, that this Court will enter a new Judgment for trial attorney fees in the amount of $20,929.03, as well as interest at the rate of 8 % per annum from January 17, 2002 until the date of the entry of the renewed Judgment requested herein, post-judgment interest and reasonable attorney's fees and costs

incurred as a result of the filing of this action.

      8.      Plaintiff would show that the Judgment in favor of Pettis' for her attorney's appeal work (Exhibit "G") is nearly seven (7) years old and, pursuant to Section 15-1-43 of the Mississippi Code 1972, and applicable federal law, Plaintiff files this Complaint to also renew the appeal work Judgment and requests that, upon proper service on the Defendant, that this Court will enter a new Judgment for trial attorney fees in the amount of $10,248.25, as well as interest at the rate of 8 % per annum from July 15, 2003 until the date of the entry of the renewed Judgment requested herein, post-judgment interest and reasonable attorney's fees and costs incurred as a result of the filing of this action.

      WHEREFORE. PREMISES CONSIDERED, Plaintiff, Lisa Pettis, requests this Honorable Court will 1) enter its Order renewing the Compensatory Judgment Award of June 28, 2001 previously entered against the Defendant and enter a new Judgment in the amount of $117,000. 000, representing the amount due as of June 28, 2001, as well as interest at the rate of 8% per annum from said date until the date of the entry of the renewed Judgment requested herein, post-judgment interest and reasonable attorney's fees and costs incurred as a result of the filing of this action; 2) will enter its Order renewing the Attorney Fee Trial Work Judgment Award of January 17, 2002 previously entered against the Defendant and enter a new Judgment in the amount of $31,713.50, representing the amount due as of January 17, 2002, as well as interest at the rate of 8% per annum from said date until the date of the entry of the renewed Judgment requested herein, post-judgment interest and reasonable attorney's fees and costs incurred as a result of the filing of this action; 3) will enter its Order renewing the Attorney Fee Appeal Work Judgment Award of July 15, 2003 previously entered against the Defendant and enter a new Judgment in the amount of $14,376.75, representing the amount due as of July 15,

2003, as well as interest at the rate of 8% per annum from said date until the date of the entry of the renewed Judgment requested herein, post-judgment interest and reasonable attorney's fees and costs incurred as a result of the filing of this action; 4) award a new Judgment for the total amount of all current damages and attorney fees in the amount of $163,090.25 post-judgment interest and reasonable attorney's fees and costs incurred as a result of the filing of this action.

Respectfully submitted this the 26th of June, 2008.

LISA PETTIS

BY: WILLIAM KULICK

William Kulick, Esquire
KULICK LAW FIRM, PLLC
801 ½ Washington Avenue
Ocean Springs, MS 39564
(228) 872-5026
MS Bar No.: 4278